**PAUL MULLER INDUSTRIE GMBH & CO., Plaintiff–Appellee,**

and

**The Barden Corporation, FAG Bearings Corporation, Barden Corporation (U.K.) Limited, FAG Italia S.P.A., and FAG Kugelfischer AG, Plaintiffs,**

and

**SARMA, SKF USA, Inc., SKF Industrie S.P.A., SKF GMBH, and SKF France S.A., Plaintiffs–Cross Appellants,**

v.

**UNITED STATES, Defendant–Appellee,**

v.

**Timken U.S. Corporation, Defendant–Appellant.**

Nos. 2007–1547, 2007–1563.

United States Court of Appeals, Federal Circuit.

July 10, 2008.

William F. Marshall, Grunfeld, Desiderio, Lebowitz, Silverman and Klestadt LLP, of New York, NY, argued for plaintiff-appellee. With him on the brief was Bruce M. Mitchell.

Herbert C. Shelley, Steptoe & Johnson LLP, of Washington, DC, argued for plaintiffs-cross appellants. With him on the brief were Alice A. Kipel and Susan R. Gihring.

Patricia A. McCarthy, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director, and Claudia Burke, Trial Attorney. Of counsel on the brief was Mykhaylo A. Gryzlov, Attorney–Advisor, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

Geert M. De Prest, Stewart and Stewart, of Washington, DC, argued for defendant-appellant. With him on the brief were Terence P. Stewart and Lane S. Hurewitz. Of counsel was William A. Fennell.

Before RADER, BRYSON, and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.